**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CASE NUMBER: 2:23-CR-00028**

**THE UNITED STATES OF AMERICA**                              PLAINITFF

vs.

**ISAIAH SMITH**                                              DEFENDANT

### MOTION TO CONTINUE

Now comes Defendant, **ISAIAH SMITH**, through his attorney, **BRANDON A. MOERMOND**, and hereby moves this court for an order continuing the sentencing date set for April 5, 2024 for the reason that undersigned counsel is set for a previously scheduled jury trial in State v. Waddle in front of Judge Miles in Clermont County Common Pleas Court on April 2 through April 5, 2024. Undersigned counsel is available on April 11, April 16, April 17 and April 19, 2024 in the alternative should the court grant this motion.

A Proposed Order is attached.

Respectfully Submitted,

/S/ BRANDON A. MOERMOND

**BRANDON A. MOERMOND of**
**L. PATRICK MULLIGAN**
**& ASSOCIATES, L.L.C., CO.**
**Ohio Bar #0092397   (pro hac vice)**
225 West Court Street
Cincinnati, Ohio 45202
(513) 421-9790
(513) 421-0606 facsimile
brandonmoermond@patrickmulligan.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above was sent to the office of the U.S. Attorney via electronic filing on the same day as filing.

/S/ Brandon A. Moermond
**BRANDON A. MOERMOND**
Attorney for Defendant