**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CASE NUMBER: 2:23-CR-00028**

**THE UNITED STATES OF AMERICA**                              PLAINITFF

vs.

**ISAIAH SMITH**                                              DEFENDANT

<u>**SENTENCING MEMORANDUM**</u>

      Now comes Defendant, **ISAIAH SMITH**, through his attorney, **BRANDON A. MOERMOND**, and hereby respectfully submits the following sentencing memorandum behalf of Mr. Smith.

Respectfully Submitted,

/S/ BRANDON A. MOERMOND

**BRANDON A. MOERMOND of**
**MOERMOND & MULLIGAN**
**Ohio Bar #0092397   (pro hac vice)**
225 West Court Street
Cincinnati, Ohio 45202
(513) 421-9790
(513) 421-0606 facsimile
brandonmoermond@patrickmulligan.com

## MEMORANDUM IN SUPPORT

**MAY IT PLEASE THE COURT:**

On December 6, 2023, Mr. Smith pled guilty to one count of Possession and Transfer of a Machinegun, a violation of 18 U.S.C. § 922(o). The maximum statutory penalty for such offense is a term of imprisonment of 10 years, a $250,000 fine, and a mandatory special assessment of $100. Mr. Smith's offense level is listed in his presentence report as 25 in the criminal category II, a guideline range of imprisonment of 63 to 78 months. Allowing for the advantage of using the recency rules from 2023 guidelines, Mr. Smith would fall into a lesser criminal history category thus making the guideline range of imprisonment 57 to 71 months.

When Mr. Smith was arrested he confessed on the scene to officers. He later gave a full explanation as to his involvement in the case. He expressed remorse and deep regret for his involvement to the officers.

Mr. Smith is a 23 year old single male. When he was 9 years old, his mother's boyfriend, the only father figure Mr. Smith had ever known, was shot and killed. Five years ago, Mr. Smith was the victim of a home invasion and wound up having to shoot the intruders, three of which sustained gunshot injuries.  Mr. Smith was 18 at the time. Violence has surrounded him for most of his childhood.  Although he was raised in a very loving home, he has always been aware of the threats around him. After his role model was shot and killed, Mr. Smith never fully recovered. His mother was forced to work more, he was forced to raise his younger siblings at the age of 9. He became a parent himself. He was forced to protect his siblings from their perceived dangers.

Mr. Smith realizes that his actions were wrong. He is currently attending counseling through SD/OH pretrial services at IKRON, trying to deal with the loss of the only father he knew, deal with

the drug issues that arose from that and the home invasion and become a better, more responsible member of society. Looking at Mr. Smith's past criminal history one can ascertain that his legal issues began after the home invasion where he shot the intruders and began masking his anxiety and pain by using drugs. Mr. Smith is now dealing with those issues and working to improve them.

A court has discretion to vary from the guidelines range based on the factors enumerated in 18 U.S.C. § 3553(a). *See United States v. Grams*, 566 F.3d 683, 687 (6th Cir. 2009). Mr. Smith is young and has faced gun violence since the age of 9. He was forced to raise his siblings while his mother worked long hours to provide for them. He has pled guilty. He came forward immediately with his intention to do so. He has admitted to the offenses and taken full responsibility for his actions. He has cooperated fully. He has many ties to the community and full support of his friends and family. He is participating in counseling. He is employed and working with his mother.

Mr. Smith has distanced himself from his co-defendants as much as possible during the pendency of this case. Mr. Smith would be better served by a minimal sentence allowing him to build a future for himself. Mr. Smith is only 23 years old, he made a complete admission to his involvement in this offense and has followed all provisions set forth by pretrial services while this case has been pending.

For the foregoing reasons, Mr. Smith respectfully requests that this Court exercise its discretion to sentence him to a minimal sentence in this case.

Respectfully submitted,

/S/ Brandon A. Moermond

**BRANDON A. MOERMOND of**
**MOERMOND & MULLIGAN**
**Ohio Bar #0092397   (pro hac vice)**
225 West Court Street
Cincinnati, Ohio 45202
(513) 421-9790
(513) 421-0606 facsimile
brandonmoermond@patrickmulligan.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above was sent to the office of the U.S. Attorney via Electronic Filing on the same day as filing.

                                              /S/ Brandon A. Moermond
                                              **BRANDON A. MOERMOND**
                                              Attorney for Defendant