UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

Eastern District of Kentucky
FILED

AUG 2 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CRIMINAL NO. 23-28-DLB-CJS-1**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**vs.**                     **-COURT'S ADVICE OF RIGHT TO APPEAL-**

**ISAIAH SMITH**                                                                      **DEFENDANT**

You are now notified by this court that you have a right to appeal your case to the Sixth Circuit Court of Appeals (unless you have validly waived that right), which on proper appeal will review your sentence and determine whether it was imposed in violation of applicable law. If you are unable to pay for the cost of the appeal, you have a right to apply for leave to appeal in forma pauperis, which means you may appeal without paying for it. The Notice of Appeal must be filed in this court within fourteen (14) days from the date of entry of the Judgment. If you are without the services of an attorney and desire to appeal, upon request, the Clerk of the court shall prepare and file forthwith a Notice of Appeal on your behalf.

If you do not have sufficient funds to employ counsel for appeal proceedings, upon proper application to the United States Court of Appeals for the Sixth Circuit, an attorney will be appointed to prosecute the appeal for you.

**ACKNOWLEDGMENT**

The above statement has been read to me in open court and a copy furnished to me this **2ND DAY OF AUGUST, 2024.**

_____
**DEFENDANT**

_____
**DEFENDANT'S ATTORNEY**

**WITNESS: Lynn Voskuhl     (Deputy Clerk)**